IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:10-CV-1061-WKW ) |
| FIRST NATIONAL BANK OF OMAHA; *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Upon consideration of Ms. Green's motion to dismiss Defendant First National Bank of Omaha with prejudice (Doc. # 32), which comports with Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the motion is GRANTED, and that all of Plaintiff's claims against Defendant First National Bank of Omaha are DISMISSED with prejudice, with each party to bear her and its own costs.

DONE this 8th day of February, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE