IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:10-CV-1061-WKW |
| ) | |
| FIRST NATIONAL BANK OF ) | |
| OMAHA; *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is a Joint Stipulation of Dismissal (Doc. # 36), filed by Plaintiff Patricia Green and Defendant JPMorgan Chase Bank. Because the joint stipulation comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is construed as a notice of dismissal.[1] Accordingly, Plaintiff's claims against Defendant JPMorgan Chase Bank have been dismissed by operation of Rule 41(a)(1),[2] on the terms set out in the notice.

The Clerk of Court is DIRECTED to reflect in the court's electronic record that Defendant JPMorgan Chase Bank has been terminated as a defendant in this action.

---

[1] The parties filed a joint stipulation, presumably pursuant to Rule 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) is not applicable because all the parties who have appeared in this action have not signed the stipulation of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(i) allows for a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). "Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)[(A)(i)]." *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). No answer or summary judgment motion has been filed by Defendant JPMorgan Chase Bank.

[2] *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (A Rule 41(a)(1) dismissal "is effective on filing and no court order is required.").

DONE this 9th day of February, 2011.

                                                /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE