IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-CV-1061-WKW |
| | ) | |
| FIRST NATIONAL BANK OF | ) | |
| OMAHA; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Ms. Green's motion to dismiss Defendant Experian Information Solutions, Inc. with prejudice (Doc. # 43), which comports with Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the motion is GRANTED, and that all of Plaintiff's claims against Defendant Experian Information Solutions, Inc. are DISMISSED with prejudice, with each party to bear her and its own costs.

There being no Defendants remaining in this case, the Clerk of the Court is DIRECTED to close this case.

DONE this 24th day of June, 2011.

/s/ W.  Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE